IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA             Criminal Number:   4:17-cr-00009-MAC

vs.

Chia Jean Lee

**RETURN/<mark>SURRENDER</mark> OF PASSPORT**

PASSPORT NUMBER:   314415803  (expires 1/26/2027)
                   303495891 (expires 07/19/2021)

COUNTRY:   REPUBLIC OF CHINA

DATE:  3/20/2017

David O'Toole, Clerk

/S/   Faye Thompson
        Docket Specialist

_____
Receipt of Passport

DATE:_____